KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANKLIN,<br><br>Plaintiff,<br><br>VS.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN AND WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: 2:18-cv-07327 FMO<br><br>**ORDER RE: STIPULATION [42] FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed *without prejudice* as to Wells Fargo & Company Short Term Disability Plan; and dismissed *with prejudice* as to Defendants Liberty Life Assurance Company of Boston and Wells Fargo & Company Long Term Disability Plan. Each party shall bear its and his own fees and costs.

DATED: March 21, 2019 _____/s/_____
Hon. Fernando M. Olguin
U.S. District Judge